| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  DELANEY, CAROLYN K. | 2. Court or Organization  UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | 3. Date of Report  4/14/2016 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  FULL TIME MAGISTRATE JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address  501 I STREET SACRAMENTO, CA 95814 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | TRUSTEE | TRUST #1 |
| 2. | TRUSTEE | TRUST #2 |
| 3. | TRUSTEE | TRUST #3 |
| 4. | TRUSTEE | TRUST #4 |
| 5. | TRUSTEE | TRUST #5 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | 1996 | Commonwealth of Pennsylvania Deferred Compensation Program |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-employed investigator |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 4/14/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 4/14/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Kaplan Family Partnership L.P. | E | Distribution | P1 | T | | | | | |
| 2. Wells Fargo Bank (various accounts) | A | Interest | K | T | | | | | |
| 3. American Century Ultra Stock Fund | B | Dividend | J | T | | | | | |
| 4. American Century Heritage Stock Fund | A | Dividend | K | T | | | | | |
| 5. American Century Emerging Markets Stock Fund | A | Dividend | J | T | | | | | |
| 6. American Century Mid Cap Value Stock Fund | A | Dividend | K | T | | | | | |
| 7. American Century Global Growth Stock Fund | B | Dividend | K | T | | | | | |
| 8. American Century Veedot | A | Dividend | K | T | | | | | |
| 9. American Century Calif Tax Free Money Market Fund | A | Dividend | J | T | Buy | 10/12/15 | K | | |
| 10. American Century Prime Money Market Fund | A | Dividend | K | T | Buy | 04/22/15 | K | | |
| 11. IRA#1 | | | | | | | | | |
| 12. - First Eagle Global Fund | A | Dividend | J | T | | | | | |
| 13. - Pershing Liquid Insured Deposits Money Market Fund | A | Interest | J | T | | | | | |
| 14. - Fidelity Contra Fund | A | Dividend | K | T | | | | | |
| 15. IRA #2 | | | | | | | | | |
| 16. - First Eagle Global Fund | A | Int./Div. | J | T | | | | | |
| 17. - Doubleline Low Duration Bond Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 4/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Pershing Liquid Insured Deposits Money Market Fund | A | Dividend | J | T | | | | | |
| 19. - Captial Income Builder Fund | A | Dividend | J | T | | | | | |
| 20. - Vanguard Global Equity Fund | A | Dividend | K | T | | | | | |
| 21. - Fidelity Contra Fund | A | Dividend | K | T | | | | | |
| 22. Trust #1 | | | | | | | | | |
| 23. SSGA Active ETF TR DPDR Dobeline Total Return Tactical ETF | A | Dividend | J | T | Buy | 05/27/15 | J | | |
| 24. - Doubleline Low Duration Bond Fund | A | Int./Div. | J | T | | | | | |
| 25. - Captial Income Builder Fund | A | Dividend | J | T | | | | | |
| 26. - Fundamental Investors | A | Dividend | J | T | | | | | |
| 27. - The Growth Fund of America | A | Dividend | J | T | | | | | |
| 28. - Pershing Liquid Insured Deposits Money Market Fund | A | Dividend | J | T | | | | | |
| 29. Trust #2 | | | | | | | | | |
| 30. - SSGA Active ETF Tr SPDR Dobleline Total Return Tactical ETF | | Dividend | J | T | Buy | 05/27/15 | J | | |
| 31. - Oppenheimer Capital Appreciation Class A | A | Dividend | J | T | | | | | |
| 32. - Oppenheimer Global Allocation Fund | A | Dividend | J | T | | | | | |
| 33. - Doubleline Low Duration Bond Fund | A | Dividend | J | T | Buy (add'l) | 05/27/15 | J | | |
| 34. - Pershing Liquid Insured Deposits Money Market | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 4/14/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Trust #3 | | | | | | | | | |
| 36. SSGA Active ETF TR SPDR Dobeline Total Return Tactical ETF | A | Dividend | J | T | Buy | 05/27/15 | J | | |
| 37. - Pershing Liquid Insured Deposits Money Market Fund | A | Int./Div. | J | T | | | | | |
| 38. - Oppenheimer Captial Appreciation Class A | A | Dividend | J | T | | | | | |
| 39. - Oppenheimer Global Allocation Fund | A | Dividend | J | T | | | | | |
| 40. Trust #4 | | | | | | | | | |
| 41. - Pershing Liquid Insured Deposits Money Market Fund | B | Dividend | K | T | | | | | |
| 42. - Growth Fund of America | A | Int./Div. | | | Sold | 04/22/15 | K | | |
| 43. - The Income Fund of America | A | Int./Div. | K | T | | | | | |
| 44. - The New Perspective Fund | A | Int./Div. | K | T | | | | | |
| 45. - New World Fund | A | Int./Div. | | | Sold | 05/27/15 | K | | |
| 46. - Amgen Common Stock | A | Dividend | | | Sold | 04/22/15 | J | | |
| 47. - Guggenheim Multi Asset Income | A | Dividend | J | T | | | | | |
| 48. - SPDR Gold Trust | A | Int./Div. | K | T | Sold | 04/22/15 | J | | |
| 49. - Permanent Portfolio Fund | A | Int./Div. | J | T | | | | | |
| 50. - Doubeline Total Return Bond Fund | A | Int./Div. | K | T | | | | | |
| 51. - Doubleine Low Duration Bond Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 4/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - First Eagle Global Fund | A | Int./Div. | K | T | | | | | |
| 53. - Franklin California Tax Free Income Fund | A | Int./Div. | K | T | | | | | |
| 54. - Vanguard CA Intermediate Term Tax-Exempt Fund | A | Int./Div. | K | T | | | | | |
| 55. - Oppenheimer Senior Floating Rate Fund | A | Int./Div. | K | T | | | | | |
| 56. Trust # 5 | | | | | | | | | |
| 57. - Pershing Liquid Insured Deposits Money Market Fund | A | Int./Div. | K | T | | | | | |
| 58. - Captial World Growth & Income | A | Int./Div. | J | T | | | | | |
| 59. - Europacific Growth Fund | A | Int./Div. | K | T | | | | | |
| 60. - The Growth Fund of America | A | Int./Div. | | | Sold | 04/22/15 | K | | |
| 61. - New Economy Fund | A | Int./Div. | J | T | | | | | |
| 62. - Guggenheim Multi Asset Income | A | Int./Div. | J | T | | | | | |
| 63. - Permanent Portfolio Fund | A | Int./Div. | J | T | | | | | |
| 64. - Franklin California Tax Free Income Fund | A | Int./Div. | K | T | | | | | |
| 65. - Crossbrook Apartments L.P, Rohnert Park, CA | E | Distribution | M | W | | | | | |
| 66. - Vista Sack Associates LP, Mountain View, California | E | Distribution | M | Q | | | | | |
| 67. - Lafayette Oaks Associates, LP, Lafayette, California | D | Distribution | M | W | Buy | 01/01/15 | L | | Lafayette Oaks Partnership |
| 68. - First Eagle Global Fund | A | Int./Div. | | | Sold | 05/27/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 4/14/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Doubleline Total Return Bond fund | A | Int./Div. | K | T | | | | | |
| 70. - Doubleline Low Duration Bond Fund | A | Int./Div. | K | T | Buy | 04/22/15 | K | | |
| 71. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 4/14/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets in Trusts #1, #2, #3, #4, and #5 are listed in Part VII of this report. As to the Kaplan Familty Partnership, asset #1 in Part VII, I am a limited partner (with no control over the investment decisions) with a 10% interest; each of my dependents has a 1% interest. Part VII, line 66, the property was appraised as part of a refinancing in 2014. Part VII, lines 65 and 67, the estimates of current value were prepared by Sack Properties, the majority investors in each property in connection with year end accounting in December 2015.

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 4/14/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CAROLYN K. DELANEY**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544